George HAMILTON, Plaintiff— Appellant,

v.

DEPARTMENT OF CORRECTIONS, Defendant,

and

Cal A. Terhune, Defendant—Appellee.

No. 01–17147.

D.C. No. CV–98–05755–AWI(SMS).

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2002 *.

Decided July 30, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Hamilton's request for oral argument is denied.

MEMORANDUM **

George Hamilton, a California state prisoner, appeals pro se the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging that he was deprived of his First Amendment right to correspond confidentially with the Federal Bureau of Investigation ("FBI"). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *O'Keefe v. Van Boening*, 82 F.3d 322, 324 (9th Cir. 1996), and affirm. We may affirm on any grounds finding support in the record. *Kling v. Hallmark Cards, Inc.*, 225 F.3d 1030, 1039 (9th Cir.2000).

Although Hamilton may have a right to correspond confidentially with an FBI agent under California law, *see* Cal.Code Regs. tit. 15, § 3141(a) & (c)(2) (inmates may correspond confidentially with federal officials appointed by the President of the United States, and their staff members), no such federal constitutional right exists, *O'Keefe*, 82 F.3d at 325–27 (noting that a prison need not treat all mail sent to government agencies and officials as legal mail).

Moreover, restrictions on confidential mail are reasonably related to legitimate penological interests. *See Turner v. Safley*, 482 U.S. 78, 89, 107 S.Ct. 2254, 96 L.Ed.2d 64 (1987); *O'Keefe*, 82 F.3d at 326 ("Regulating correspondence between prisoners and government agencies can serve to prevent criminal activity and maintain prison security.")

All pending motions are denied.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.